# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

Darnell Eugene King, #04105-000
**Petitioner**

vs.

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:06-2748-CMC-BM

NFN Warden, Williamsburg South Carolina FCI;

**Respondent**

**Decision on the Record.** This action came before the Court on the record, the Honorable Cameron McGowan Currie, United States District Judge Presiding. The issues have been reviewed by the Honorable Bristow Marchant, United States Magistrate Judge, who recommended that this case be dismissed.

**IT IS ORDERED AND ADJUDGED** that the petitioner takes nothing of the above-named respondent on his petition filed pursuant to 28 U.S.C. 2241 and this action is dismissed without prejudice.

LARRY W. PROPES, Clerk

By _____
Deputy Clerk

October 17, 2006